IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| v. | *   Civil No. 96-2431(SEC) |
| | *   Foreclosure of Mortgage |
| THE ESTATE OF JESUS E. MORALES-MALDONADO, et. al. | * |
| Defendants | * |

**ORDER**

Pending before the Court is a motion filed by the plaintiff requesting the withdrawal of funds deposited with the Court as a result of a mortgage foreclosure **(Docket # 25)**. The Court hereby **GRANTS** said motion and therefore **ORDERS**:

That since the amount owed to the plaintiff is in the principal sum of $28,306.26 plus interest to June 9, 1999 in the sum of $8,972.31, plus costs, late changes, legal fees, disbursements, property inspections, advance escrow in the amount of $6,667.22 for a total balance of $43,945.79 over the real property at Monte Brisas Development in Fajardo, Puerto Rico; therefore a check for $43,945.79 shall be issued to the order of U.S. Department of Justice.

**SO ORDERED.**

In San Juan, Puerto Rico, this _18_ day of November, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)