UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

v.

THE ESTATE OF JESUS EMANUEL
MORALES MALDONADO
    Defendant

Civil No. 96-2431(SEC)

### ORDER

| MOTION | RULING |
|---|---|
| Docket #29<br>Letter motion for disbursement of funds by Lydia Esther de Jesús López et. al. | Granted, and So Ordered |

DATE: September 26, 2001

SALVADOR E. CASELLAS
United States District Judge

s/c: Lydia E. de Jesús 9/27/01
c: Finance 9/27/01